**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNIVERSAL MUSIC CORPORATION, BOOMER X PUBLISHING, INC., DEAD GAME PUBLISHING, and W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CULTURE L.L.C., NAYEF ISSA, FADI ALAEDDIN, NOUR CHAABAN, and MAZEN ZAATARI,**<br><br>**Defendants.** | **Civil Action No.** 1:26-cv-3635<br><br>**COMPLAINT** |

Plaintiffs, by their undersigned attorneys, allege:

1. This is a suit for copyright infringement under Title 17 of the United States Code.

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a), and venue in this District is proper pursuant to 28 U.S.C. § 1400(a).

3. Plaintiffs allege three causes of action for copyright infringement based on the Defendants' public performances of Plaintiffs' copyrighted musical compositions. SCHEDULE A, annexed to the Complaint, sets forth in summary form the allegations hereinafter made with respect to the Plaintiffs, their copyrighted musical compositions, and Defendants' acts of infringement.

## THE PARTIES

4. The Plaintiffs named in Column 2* of Schedule A are the owners of the copyrights in the works listed in Column 3 of Schedule A, and are properly joined in this complaint under Rule 20 of the Federal Rules of Civil Procedure.

* All references to "columns" herein refer to the numbered columns set forth in SCHEDULE A.

5. On information and belief, defendant Culture L.L.C. ("CLC"), is a limited liability company organized under the laws of the District of Columbia, with a principal place of business located at 2002 Fenwick Street Northeast, Washington, D.C. 20002.

6. On information and belief, at all times hereinafter mentioned CLC did, and still does, own, control, manage, operate, and maintain a place of business for public entertainment, accommodation, amusement, and refreshment known as Vera/Culture ("Vera"), located at 2002 Fenwick Street Northeast, Washington, D.C. 20002.

7. Musical compositions were and, on information and belief, are publicly performed at Vera.

8. On information and belief, defendant Nayef Issa ("Issa") is an individual who resides and/or does business in this District.

9. On information and belief, defendant Fadi Alaeddin ("Alaeddin") is an individual who resides and/or does business in this District.

10. On information and belief, defendant Nour Chaaban ("Chaaban") is an individual who resides and/or does business in this District.

11. On information and belief, defendant Mazen Zaatari ("Zaatari" and, together with Culture, Issa, Alaeddin, and Chaaban, the "Defendants") is an individual who resides and/or does business in this District.

12. On information and belief, Issa, Alaeddin, Chaaban, and Zaatari are principals, owners, directors, and/or officers of CLC.

13. On information and belief, at all times hereinafter mentioned, Issa, Alaeddin, Chaaban, and Zaatari were, and still are, responsible for the control, management, operation, and maintenance of the affairs of CLC.

14. On information and belief, at all times hereinafter mentioned, Defendants jointly had, and still have, the right and ability to supervise and control the activities that take place at Vera, including the right and ability to supervise and control the public performance of musical compositions at the establishment.

15. Each Defendant derives a direct financial benefit from the public performance of musical compositions at Vera.

**FACTS SPECIFIC TO DEFENDANTS' INFRINGEMENT OF PLAINTIFFS' COPYRIGHTED MUSICAL COMPOSITIONS**

16. The Plaintiffs are all members of the American Society of Composers, Authors, and Publishers ("ASCAP"), a membership association that represents, licenses, and protects the public performance rights of its more than one million songwriter, composer, and music publisher members.

17. Each ASCAP member grants to ASCAP a non-exclusive right to license the performing rights in that member's copyrighted musical compositions. On behalf of its members, ASCAP licenses public performances of its members' musical works, collects license fees associated with those performances, and distributes royalties to its members, less ASCAP's operating expenses.

18. Since June 2023, ASCAP representatives have contacted the Defendants, or their representatives, agents, or employees, to offer an ASCAP license for Vera. ASCAP has attempted to contact Defendants via mail, email, and telephone.

19. Defendants have refused all of ASCAP's license offers for Vera.

20. ASCAP's various communications gave Defendants notice that unlicensed performances of ASCAP's members' musical compositions at Vera constitute infringement of ASCAP's members' copyrights in their musical works.

21. Notwithstanding the foregoing, Defendants have continued to present public performances of the copyrighted musical compositions of ASCAP members at Vera, including the copyrighted works involved in this action, without permission, during the hours that the establishment is open to the public for business and presenting musical entertainment.

22. The original musical compositions listed in Column 3 of Schedule A were created and written by the persons named in Column 4 of Schedule A.

23. Each composition was published on the date stated in Column 5 of Schedule A, and since the date of publication have been printed and published in strict conformity with Title 17 of the United States Code.

24. The Plaintiffs named in each cause of action, including their predecessors in interest, if any, complied in all respects with Title 17 of the United States Code, secured the exclusive rights and privileges in and to the copyright of each composition listed in Column 3 of Schedule A, and received from the Register of Copyrights a Certificate of Registration, identified as set forth in Column 6 of Schedule A.

25. Defendants on the dates specified in Column 7 of Schedule A, and upon information and belief, at other times prior and subsequent thereto, infringed the copyright in each composition named in Column 3 of Schedule A by publicly performing the compositions at the Vera, for the entertainment and amusement of the patrons attending said premises, and Defendants threaten to continue such infringing performances.

26. The public performances at Vera of the Plaintiffs' copyrighted musical compositions on the dates specified in Column 7 of Schedule A were unauthorized: neither Defendants, nor any of the Defendants' agents, servants or employees, nor any performer was licensed by, or otherwise received permission from any Plaintiff, or any agent, servant, or employee of any Plaintiff, to give such performances

27. In undertaking the conduct complained of in this action, Defendants knowingly and intentionally and willfully infringed Plaintiffs' copyrights.

28. The many unauthorized performances at Vera include the performances of the three copyrighted musical compositions upon which this action is based.

29. At the times of the acts of infringement complained of, the Plaintiff named in each cause of action was the owner of the copyright in the composition therein named.

30. The said wrongful acts of the Defendants have caused and are causing great injury to the Plaintiffs, which damage cannot be accurately computed, and unless this Court

restrains the Defendants from the further commission of said acts, said Plaintiffs will suffer irreparable injury, for all of which the said Plaintiffs are without any adequate remedy at law.

**COUNT I-COPYRIGHT INFRINGEMENT**

**(Registration Number PA 1-107-707)**

31. Plaintiffs repeat and re-allege paragraphs 1 through 30 as if fully set forth herein.

32. The foregoing acts by Defendants constitute infringement of the musical composition "PARTY UP (UP IN HERE)" with a Certificate of Registration Number PA 1-107-707.

33. Plaintiffs have been harmed, and continue to be harmed, by Defendants' infringement.

34. On information and belief, Defendants' infringement is willful.

**COUNT II-COPYRIGHT INFRINGEMENT**

**(Registration Number PA 1-898-421)**

35. Plaintiffs repeat and re-allege paragraphs 1 through 30 as if fully set forth herein.

36. The foregoing acts by Defendants constitute infringement of the musical composition "ANOTHER LOVE" with a Certificate of Registration Number PA 1-898-421.

37. Plaintiffs have been harmed, and continue to be harmed, by Defendants' infringement.

38. On information and belief, Defendants' infringement is willful.

**COUNT III-COPYRIGHT INFRINGEMENT**

**(Registration Number PA 520-228)**

39. Plaintiffs repeat and re-allege paragraphs 1 through 30 as if fully set forth herein.

40. The foregoing acts by Defendants constitute infringement of the musical composition "GONNA MAKE YOU SWEAT" with a Certificate of Registration Number PA 520-228.

41. Plaintiffs have been harmed, and continue to be harmed, by Defendants' infringement.

42. On information and belief, Defendants' infringement is willful.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray:

I. That Defendants and all persons acting under the direction, control, permission, or authority of Defendants be enjoined and restrained permanently from publicly performing the aforementioned compositions -- or any compositions owned by Plaintiffs in this case -- and from causing or permitting the said compositions to be publicly performed at Vera, or in any place owned, controlled, managed, maintained, or conducted by Defendants, directly or indirectly, and/or from aiding or abetting the public performance of such compositions in any such place or otherwise.

II. That Defendants be ordered to pay such statutory damages as to the Court shall appear just, as specified in 17 U.S.C. § 504 in each cause of action herein.

III. That Defendants be decreed to pay the costs of this action and that a reasonable attorney's fee be allowed as part of the costs pursuant to 17 U.S.C. § 505.

IV. For such other and further relief as may be just and equitable.

Date: October 19, 2026

Respectfully submitted,

VENABLE LLP

*/s/ Linda J. Zirkelbach*
Linda J. Zirkelbach
D.C. Bar No. 466189
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
ljzirkelbach@venable.com

Nicholas M. DePalma
D.C. Bar No. 974664
Venable LLP
1850 Towers Crescent Plaza, Suite 400
Tysons, VA 22182
(703) 905-1455 (Telephone)
(703) 821-8949 (Facsimile)
nmdepalma@venable.com

*Counsel for Plaintiffs*